# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK
M. L. KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ  07101-0419
(973) 645-3730

CAMDEN OFFICE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STREETS
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
Room 2020
TRENTON, NJ 08608



Melissa E. Rhoads
Clerk

REPLY TO:   Camden

March 12, 2025

U.S.D.C
United States Courthouse
U.S. District Clerk's Office
101 W Lombard S.,
Baltimore, MD 21201

**Re: U.S.A. -v- Shawnta Hopper**
**Our Docket No. 25-mj-4020 (MJS)**
**Your Docket No. 25-cr-22**

Dear Clerk:

   Please be advised that an Initial Appearance was held in the above-captioned case pursuant to Rule 5 of the Federal Rules of Criminal Procedure.  You can obtain the original record by accessing CM/ECF through PACER. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

                              Sincerely,

                              MELISSA E. RHOADS, Clerk


                              By:      s/Ryan Sanders
                                        Deputy Clerk



**RECEIPT ACKNOWLEDGED BY:** _____
**DATE:** _____

DNJ-Crim-004(Rev. 09/06)

# Instructions for Retrieving Electronic Case Files

1. Access the CM/ECF website for the District of New Jersey at https://ecf.njd.uscourts.gov

2. Click on:   Link to Electronic Filing System (Live)

3. At the ECF/PACER Login Screen, enter your Court=s PACER Login and Password

4. On the CM/ECF toolbar, choose:

   - Reports
   - Docket Sheet
   - Enter Case Number in the following format: **[06mj1234]**
   - Run Report

     - To view a document from the docket sheet, click on the blue Aunderlined@ document number;

     - To download, click on File, Save a Copy and save to your specific directory;

     - If the document does not have an underlined document number, it is either:

       - A text only entry and no document is attached, or
       - An entry made prior to electronic case filing and the original is enclosed, or
       - The document included an attachment too large for the electronic case filing system and is enclosed.

If you have any questions, our ECF help-desk telephone numbers are as follows:

- Camden - 866-726-0726 or 856-757-5285
- Newark - 866-208-1405 or 973-645-5924
- Trenton - 866-848-6059 or 609-989-2004