

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK
M. L. KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ  07101-0419
(973) 645-3730

CAMDEN OFFICE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STREETS
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
Room 2020
TRENTON, NJ 08608

Melissa E. Rhoads
Clerk

RECEIVED
MAR 19 2025
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

REPLY TO:   Camden

March 12, 2025

U.S.D.C
United States Courthouse
U.S. District Clerk's Office
101 W Lombard S.,
Baltimore, MD 21201

_____ FILED  _____ ENTERED
_____ LODGED _____ RECEIVED

MAR 14 2025

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

**Re: U.S.A. -v- Shawnta Hopper**
**Our Docket No. 25-mj-4020 (MJS)**
**Your Docket No. 25-cr-22**

Dear Clerk:

Please be advised that an Initial Appearance was held in the above-captioned case pursuant to Rule 5 of the Federal Rules of Criminal Procedure.  You can obtain the original record by accessing CM/ECF through PACER. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

Sincerely,

MELISSA E. RHOADS, Clerk

By: ____s/Ryan Sanders____
Deputy Clerk

**RECEIPT ACKNOWLEDGED BY:** ____H. Lee____
**DATE:** __3/17/25__

RECEIVED
MAR 19 2025
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ